No. 3080. Simons Hardware Co., Appellant, v. Healy &

Siebert, etc., Appellee.—First District Court of San Juan. Decided January 29, 1924. Appeal dismissed on motion of the appellee because the order of March 26, 1923, of the trial court is not appealable, and also because the transcript of the record was not filed within the time allowed by law.